| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Anna Bangura<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9/29/2023    Anna Bangura    [signature]
                  Printed name of Debtor 1         Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2         Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

**NAME:** Anna Bangura
16439 Derian Ave
Irvine, CA 92614

**EXEMPT STATUS:** Non-Exempt
**JOB TITLE:** Service Exp Rep
**PAY BASIS:** Hourly

**PAY PERIOD:** 09/24/2023 - 10/07/2023
**PAY DATE:** 09/28/2023

**EMPLOYEE NUMBER:** 3590577
**LATEST START DATE:** 04/10/2017
**TOTAL WORKED HOURS:** 0
**NET PAY:** $0.00

| EARNINGS | Hours | Rate | Pay Period Total | YTD Hours | YTD Total | Additional Information |
|---|---|---|---|---|---|---|
| **Worked Hours** | | | | | | |
| Hourly Pay | | | | | $18,854.15 | |
| Sub-Total: | | | $0.00 | | $18,854.15 | |
| **Non-Worked Hours** | | | | | | |
| Holiday Pay | | | | | $710.09 | |
| PTO Pay | | | | | $2,050.62 | |
| Paid Sick Leave | | | | | $118.70 | |
| Sub-Total: | | | $0.00 | | $2,879.41 | |
| **Other Earnings** | | | | | | |
| Holiday Worked Premium | | | | | $162.28 | |
| Nordy Buck | | | | | $225.00 | |
| Sub-Total: | | | $0.00 | | $387.28 | |
| **Gross Pay** | | | $0.00 | | $22,120.84 | |

| ALREADY RECEIVED/IMPUTED EARNINGS | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| Courtesy Account | | $4,860.00 | |
| Sub-Total: | $0.00 | $4,860.00 | |
| **Gross Taxable Earnings** | $0.00 | $26,980.84 | |

| DEDUCTION | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| **Pre-Tax Deductions** | | | |
| 401k | | $1,322.60 | |
| Dental | | $115.00 | |
| HSA | | $291.62 | |
| Medical | | $662.00 | |
| Sub-Total: | NaN | $2,391.22 | |
| **Taxes** | | | |
| CA SDI - CASDI | $0.63 | $235.83 | |
| Federal Withholding | -$5.99 | $1,590.23 | |
| Medicare | $1.02 | $375.73 | |
| OASDI | $4.34 | $1,606.56 | |
| State Tax - CA | | $92.57 | |
| Sub-Total: | NaN | $3,900.92 | |
| **Deductions Total** | $0.00 | $6,292.14 | |
| **NET PAY** | $0.00 | $15,828.70 | |

| NET PAY DISTRIBUTION | DEPOSIT/CHECK # | ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT |
|---|---|---|---|---|
| Manual | | | | $0.00 |

| TIME AWAY INFORMATION | Accrued This Pay Period | Available Balance |
|---|---|---|
| Sabbatical PTO Plan | 0 | 0 |
| PSL - California | 0 | 0 |
| USA - Paid Time Off | 0 | 2.15 |

| TAX INFORMATION | MARITAL STATUS | EXEMPTIONS | ADDITIONAL AMOUNT |
|---|---|---|---|
| STATE | Head of Household | 1 | 0.00 |
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

Nordstrom Inc

1600 7th Ave
Suite 2500
Seattle, WA 98101
+1 855-667-3947

**Work Location:** 336 Outlets At Orange Rack
2080 Rack Cashiers

20 City Blvd W
Orange, CA 92868
+1 (714) 2023400

For questions related to your pay statement, contact the Employee Contact Center at 855.NORDYHR (667.3947) or AskHR on MyNordstrom.com.

| | | |
|---|---|---|
| **NAME:** Anna Bangura | **EXEMPT STATUS:** Non-Exempt | **PAY PERIOD:** 08/27/2023 - 09/09/2023 |
| 16439 Derian Ave | **JOB TITLE:** Service Exp Rep | **PAY DATE:** 09/15/2023 |
| Irvine, CA 92614 | | |
| **EMPLOYEE NUMBER:** 3590577 | **LATEST START DATE:** 04/10/2017 | **TOTAL WORKED HOURS:** 9.8 | **NET PAY:** $477.19 |
| | **PAY BASIS:** Hourly | |

| EARNINGS | Hours | Rate | Pay Period Total | YTD Hours | YTD Total | Additional Information |
|---|---|---|---|---|---|---|
| **Worked Hours** | | | | | | |
| Hourly Pay | 9.8 | $17.90 | $175.42 | | $18,854.15 | 08/27/2023 - 09/09/2023 |
| Sub-Total: | | | $175.42 | | $18,854.15 | |
| **Non-Worked Hours** | | | | | | |
| Holiday Pay | 6.61 | $17.90 | $118.32 | | $710.09 | 08/27/2023 - 09/09/2023 |
| PTO Pay | 16 | $17.92 | $286.72 | | $2,050.62 | 08/27/2023 - 09/09/2023 |
| Paid Sick Leave | | | | | $118.70 | |
| Sub-Total: | | | $405.04 | | $2,879.41 | |
| **Other Earnings** | | | | | | |
| Holiday Worked Premium | 4.666667 | $8.95 | $41.77 | | $162.28 | 08/27/2023 - 09/09/2023 |
| Nordy Buck | | | | | $225.00 | |
| Sub-Total: | | | $41.77 | | $387.28 | |
| **Gross Pay** | | | **$622.23** | | **$22,120.84** | |

| ALREADY RECEIVED/IMPUTED EARNINGS | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| Courtesy Account | $10.00 | $4,790.00 | 08/31/2023 - 08/31/2023 |
| Sub-Total: | $10.00 | $4,790.00 | |
| **Gross Taxable Earnings** | **$632.23** | **$26,910.84** | |

| DEDUCTION | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| **Pre-Tax Deductions** | | | |
| 401k | $31.62 | $1,322.60 | |
| Dental | $6.50 | $115.00 | |
| HSA | $20.83 | $291.62 | |
| Medical | $37.00 | $662.00 | |
| Sub-Total: | $95.95 | $2,391.22 | |
| **Taxes** | | | |
| CA SDI - CASDI | $5.29 | $235.20 | |
| Federal Withholding | $0.36 | $1,596.22 | |
| Medicare | $8.23 | $374.71 | |
| OASDI | $35.21 | $1,602.22 | |
| State Tax - CA | $0.00 | $92.57 | |
| Sub-Total: | $49.09 | $3,900.92 | |
| **Deductions Total** | **$145.04** | **$6,292.14** | |
| **NET PAY** | **$477.19** | **$15,828.70** | |

| NET PAY DISTRIBUTION | DEPOSIT/CHECK # | ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT |
|---|---|---|---|---|
| Direct Deposit | | ******7755 | Checking | $477.19 |

| TIME AWAY INFORMATION | Accrued This Pay Period | Available Balance |
|---|---|---|
| Sabbatical PTO Plan | 0 | 0 |
| PSL - California | 0 | 0 |
| USA - Paid Time Off | 1.79 | 2.15 |

| TAX INFORMATION | MARITAL STATUS | EXEMPTIONS | ADDITIONAL AMOUNT |
|---|---|---|---|
| STATE | Head of Household | 1 | 0.00 |
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| EMPLOYER PAID BENEFITS | Pay Period Total |
|---|---|
| Dental Employer Paid | $8.65 |
| Medical Employer Paid | $199.00 |

Nordstrom Inc

1600 7th Ave
Suite 2500
Seattle, WA 98101
+1 855-667-3947

**Work Location:** 336 Outlets At Orange Rack
2080 Rack Cashiers

20 City Blvd W
Orange, CA 92868
+1 (714) 2023400

For questions related to your pay statement, contact the Employee Contact Center at 855.NORDYHR (667.3947) or AskHR on MyNordstrom.com.

| | | |
|---|---|---|
| **NAME:** Anna Bangura<br>16439 Derian Ave<br>Irvine, CA 92614 | **EXEMPT STATUS:** Non-Exempt<br>**JOB TITLE:** Service Exp Rep<br>**PAY BASIS:** Hourly | **PAY PERIOD:** 08/13/2023 - 08/26/2023<br>**PAY DATE:** 09/01/2023 |
| **EMPLOYEE NUMBER:** 3590577 | **LATEST START DATE:** 04/10/2017 | **TOTAL WORKED HOURS:** 64.616667   **NET PAY:** $915.26 |

| EARNINGS | Hours | Rate | Pay Period Total | YTD Hours | YTD Total | Additional Information |
|---|---|---|---|---|---|---|
| **Worked Hours** | | | | | | |
| Hourly Pay | 64.616667 | $17.90 | $1,156.64 | | $18,678.73 | 08/13/2023 - 08/26/2023 |
| Sub-Total: | | | $1,156.64 | | $18,678.73 | |
| **Non-Worked Hours** | | | | | | |
| Holiday Pay | | | | | $591.77 | |
| PTO Pay | 8 | $17.90 | $143.20 | | $1,763.90 | Retroactive Pay From 07/30/2023 - 08/12/2023 |
| Paid Sick Leave | | | | | $118.70 | |
| Sub-Total: | | | $143.20 | | $2,474.37 | |
| **Other Earnings** | | | | | | |
| Holiday Worked Premium | | | | | $120.51 | |
| Nordy Buck | | | | | $225.00 | |
| Sub-Total: | | | $0.00 | | $345.51 | |
| **Gross Pay** | | | $1,299.84 | | $21,498.61 | |

| ALREADY RECEIVED/IMPUTED EARNINGS | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| Courtesy Account | $20.00 | $0.00 | 08/16/2023 - 08/16/2023 |
| Courtesy Account | $40.00 | $0.00 | 08/17/2023 - 08/17/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/18/2023 - 08/18/2023 |
| Courtesy Account | $10.00 | $0.00 | 08/19/2023 - 08/19/2023 |
| Courtesy Account | $80.00 | $0.00 | 08/22/2023 - 08/22/2023 |
| Courtesy Account | $20.00 | $0.00 | 08/23/2023 - 08/23/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/24/2023 - 08/24/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/25/2023 - 08/25/2023 |
| Courtesy Account | $30.00 | $4,780.00 | 08/26/2023 - 08/26/2023 |
| Sub-Total: | $290.00 | NaN | |
| **Gross Taxable Earnings** | $1,589.84 | $26,278.61 | |

| DEDUCTION | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| **Pre-Tax Deductions** | | | |
| 401k | $79.50 | $1,290.98 | |
| Dental | $6.50 | $108.50 | |
| HSA | $20.83 | $270.79 | |
| Medical | $37.00 | $625.00 | |
| Sub-Total: | $143.83 | $2,295.27 | |
| **Taxes** | | | |
| CA SDI - CASDI | $13.92 | $229.91 | |
| Federal Withholding | $101.14 | $1,595.86 | |
| Medicare | $22.12 | $366.48 | |
| OASDI | $94.58 | $1,567.01 | |
| State Tax - CA | $8.99 | $92.57 | |
| Sub-Total: | $240.75 | $3,851.83 | |
| **Deductions Total** | $384.58 | $6,147.10 | |
| **NET PAY** | $915.26 | $15,351.51 | |

| NET PAY DISTRIBUTION | DEPOSIT/CHECK # | ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT |
|---|---|---|---|---|
| Direct Deposit | | ******7755 | Checking | $915.26 |

| TIME AWAY INFORMATION | Accrued This Pay Period | Available Balance |
|---|---|---|
| Sabbatical PTO Plan | 0 | 0 |
| PSL - California | 0 | 0 |
| USA - Paid Time Off | 5.03 | 16.36 |

| TAX INFORMATION | MARITAL STATUS | EXEMPTIONS | ADDITIONAL AMOUNT |
|---|---|---|---|
| STATE | Head of Household | 1 | 0.00 |
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| EMPLOYER PAID BENEFITS | Pay Period Total |
|---|---|
| Dental Employer Paid | $8.65 |
| Medical Employer Paid | $199.00 |

Nordstrom Inc

1600 7th Ave
Suite 2500
Seattle, WA 98101
+1 855-667-3947

**Work Location:** 336 Outlets At Orange Rack
2080 Rack Cashiers
20 City Blvd W
Orange, CA 92868
+1 (714) 2023400

For questions related to your pay statement, contact the Employee Contact Center at 855.NORDYHR (667.3947) or AskHR on MyNordstrom.com.

**NAME:** Anna Bangura
16439 Derian Ave
Irvine, CA 92614

**EXEMPT STATUS:** Non-Exempt
**JOB TITLE:** Service Exp Rep
**PAY BASIS:** Hourly

**PAY PERIOD:** 07/30/2023 - 08/12/2023
**PAY DATE:** 08/18/2023

**EMPLOYEE NUMBER:** 3590577
**LATEST START DATE:** 04/10/2017
**TOTAL WORKED HOURS:** 59.566667
**NET PAY:** $756.42

| EARNINGS | Hours | Rate | Pay Period Total | YTD Hours | YTD Total | Additional Information |
|---|---|---|---|---|---|---|
| **Worked Hours** | | | | | | |
| Hourly Pay | 59.566667 | $17.90 | $1,066.25 | | $17,522.09 | 07/30/2023 - 08/12/2023 |
| Sub-Total: | | | $1,066.25 | | $17,522.09 | |
| **Non-Worked Hours** | | | | | | |
| Holiday Pay | | | | | $591.77 | |
| PTO Pay | | | | | $1,620.70 | |
| Paid Sick Leave | | | | | $118.70 | |
| Sub-Total: | | | $0.00 | | $2,331.17 | |
| **Other Earnings** | | | | | | |
| Holiday Worked Premium | | | | | $120.51 | |
| Nordy Buck | | | | | $225.00 | |
| Sub-Total: | | | $0.00 | | $345.51 | |
| **Gross Pay** | | | $1,066.25 | | $20,198.77 | |

| ALREADY RECEIVED/IMPUTED EARNINGS | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| Courtesy Account | $40.00 | $0.00 | 08/02/2023 - 08/02/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/03/2023 - 08/03/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/04/2023 - 08/04/2023 |
| Courtesy Account | $10.00 | $0.00 | 08/05/2023 - 08/05/2023 |
| Courtesy Account | $40.00 | $0.00 | 08/08/2023 - 08/08/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/09/2023 - 08/09/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/10/2023 - 08/10/2023 |
| Courtesy Account | $30.00 | $0.00 | 08/11/2023 - 08/11/2023 |
| Courtesy Account | $20.00 | $4,490.00 | 08/15/2023 - 08/15/2023 |
| Sub-Total: | $260.00 | NaN | |
| **Gross Taxable Earnings** | $1,326.25 | $24,688.77 | |

| DEDUCTION | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| **Pre-Tax Deductions** | | | |
| 401k | $66.32 | $1,211.48 | |
| Dental | $6.50 | $102.00 | |
| HSA | $20.83 | $249.96 | |
| Medical | $37.00 | $588.00 | |
| Sub-Total: | $130.65 | $2,151.44 | |
| **Taxes** | | | |
| CA SDI - CASDI | $11.55 | $215.99 | |
| Federal Withholding | $71.09 | $1,494.72 | |
| Medicare | $18.30 | $344.36 | |
| OASDI | $78.24 | $1,472.43 | |
| State Tax - CA | $0.00 | $83.58 | |
| Sub-Total: | $179.18 | $3,611.08 | |
| **Deductions Total** | $309.83 | $5,762.52 | |
| **NET PAY** | $756.42 | $14,436.25 | |

| NET PAY DISTRIBUTION | DEPOSIT/CHECK # | ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT |
|---|---|---|---|---|
| Direct Deposit | | ******7755 | Checking | $756.42 |

| TIME AWAY INFORMATION | Accrued This Pay Period | Available Balance |
|---|---|---|
| Sabbatical PTO Plan | 0 | 0 |
| PSL - California | 0 | 0 |
| USA - Paid Time Off | 4.13 | 19.33 |

| TAX INFORMATION | MARITAL STATUS | EXEMPTIONS | ADDITIONAL AMOUNT |
|---|---|---|---|
| STATE | Head of Household | 1 | 0.00 |
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| EMPLOYER PAID BENEFITS | Pay Period Total |
|---|---|
| Dental Employer Paid | $8.65 |
| Medical Employer Paid | $199.00 |

Nordstrom Inc

1600 7th Ave
Suite 2500
Seattle, WA 98101
+1 855-667-3947

**Work Location:** 336 Outlets At Orange Rack
2080 Rack Cashiers
20 City Blvd W
Orange, CA 92868
+1 (714) 2023400

For questions related to your pay statement, contact the Employee Contact Center at 855.NORDYHR (667.3947) or AskHR on MyNordstrom.com.

| | | |
|---|---|---|
| **NAME:** Anna Bangura<br>16439 Derian Ave<br>Irvine, CA 92614 | **EXEMPT STATUS:** Non-Exempt<br>**JOB TITLE:** Service Exp Rep | **PAY PERIOD:** 07/16/2023 - 07/29/2023<br>**PAY DATE:** 08/04/2023 |
| **EMPLOYEE NUMBER:** 3590577 | **LATEST START DATE:** 04/10/2017<br>**PAY BASIS:** Hourly | **TOTAL WORKED HOURS:** 54.933335    **NET PAY:** $777.98 |

| EARNINGS | Hours | Rate | Pay Period Total | YTD Hours | YTD Total | Additional Information |
|---|---|---|---|---|---|---|
| **Worked Hours** | | | | | | |
| Hourly Pay | 54.933335 | $17.90 | $983.31 | | $16,455.84 | 07/16/2023 - 07/29/2023 |
| Sub-Total: | | | $983.31 | | $16,455.84 | |
| **Non-Worked Hours** | | | | | | |
| Holiday Pay | | | | | $591.77 | |
| PTO Pay | 8 | $17.90 | $143.20 | | $1,620.70 | 07/16/2023 - 07/29/2023 |
| Paid Sick Leave | | | | | $118.70 | |
| Sub-Total: | | | $143.20 | | $2,331.17 | |
| **Other Earnings** | | | | | | |
| Holiday Worked Premium | | | | | $120.51 | |
| Nordy Buck | | | | | $225.00 | |
| Sub-Total: | | | $0.00 | | $345.51 | |
| **Gross Pay** | | | **$1,126.51** | | **$19,132.52** | |

| ALREADY RECEIVED/IMPUTED EARNINGS | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| Courtesy Account | $20.00 | $0.00 | 07/20/2023 - 07/20/2023 |
| Courtesy Account | $30.00 | $0.00 | 07/21/2023 - 07/21/2023 |
| Courtesy Account | $30.00 | $0.00 | 07/22/2023 - 07/22/2023 |
| Courtesy Account | $40.00 | $0.00 | 07/25/2023 - 07/25/2023 |
| Courtesy Account | $30.00 | $0.00 | 07/26/2023 - 07/26/2023 |
| Courtesy Account | $30.00 | $0.00 | 07/27/2023 - 07/27/2023 |
| Courtesy Account | $40.00 | $0.00 | 07/28/2023 - 07/28/2023 |
| Courtesy Account | $30.00 | $0.00 | 07/29/2023 - 07/29/2023 |
| Courtesy Account | $80.00 | $4,230.00 | 08/01/2023 - 08/01/2023 |
| Sub-Total: | $330.00 | NaN | |
| **Gross Taxable Earnings** | **$1,456.51** | **$23,362.52** | |

| DEDUCTION | Pay Period Total | YTD Total | Additional Information |
|---|---|---|---|
| **Pre-Tax Deductions** | | | |
| 401k | $72.83 | $1,145.16 | |
| Dental | $6.50 | $95.50 | |
| HSA | $20.83 | $229.13 | |
| Medical | $37.00 | $551.00 | |
| Sub-Total: | $137.16 | $2,020.79 | |
| **Taxes** | | | |
| CA SDI - CASDI | $12.71 | $204.44 | |
| Federal Withholding | $85.94 | $1,423.63 | |
| Medicare | $20.19 | $326.06 | |
| OASDI | $86.32 | $1,394.19 | |
| State Tax - CA | $6.21 | $83.58 | |
| Sub-Total: | $211.37 | $3,431.90 | |
| **Deductions Total** | **$348.53** | **$5,452.69** | |
| **NET PAY** | **$777.98** | **$13,679.83** | |

| NET PAY DISTRIBUTION | DEPOSIT/CHECK # | ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT |
|---|---|---|---|---|
| Direct Deposit | | ******7755 | Checking | $777.98 |

| TIME AWAY INFORMATION | Accrued This Pay Period | Available Balance |
|---|---|---|
| Sabbatical PTO Plan | 0 | 0 |
| PSL - California | 0 | 0 |
| USA - Paid Time Off | 4.36 | 15.2 |

| TAX INFORMATION | MARITAL STATUS | EXEMPTIONS | ADDITIONAL AMOUNT |
|---|---|---|---|
| STATE | Head of Household | 1 | 0.00 |
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| EMPLOYER PAID BENEFITS | Pay Period Total |
|---|---|
| Dental Employer Paid | $8.65 |
| Medical Employer Paid | $199.00 |

Nordstrom Inc

1600 7th Ave
Suite 2500
Seattle, WA 98101
+1 855-667-3947

**Work Location:** 336 Outlets At Orange Rack
2080 Rack Cashiers
20 City Blvd W
Orange, CA 92868
+1 (714) 2023400

For questions related to your pay statement, contact the Employee Contact Center at 855.NORDYHR (667.3947) or AskHR on MyNordstrom.com.