Certificate Number: 14912-CAC-DE-037842392

Bankruptcy Case Number: 23-11994



14912-CAC-DE-037842392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2023, at 6:12 o'clock PM EDT, Anna Bangura completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  October 11, 2023

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor